IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK PETROLEUM SERVICES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-14-1520 |
| | § | |
| PLS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

A preliminary injunction hearing is set for **September 2, 2014**, at 10:00 a.m., in Courtroom 11-B.

SIGNED on August 12, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge