

# INVOICE

'Gauri Shankar', 3rd Floor, 773/8A
Shivaji Nagar, Pune – 411004. India.
Tel/Fax 91-20-25678358

INVOICE #SH01
DATE: JULY 10, 2008

TO:
Statoil ASA
Central Accounts Payable
N-4035 STAVANGER
Norway

FOR:
E&P Transactions Database Subscription and Monthly Reports from 10.07.2008 to 9.08.2009

Contract number 4501567399

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Derrick E&P Transactions Database Subscription for up to seven users within StatoilHydro. Full access to all sections of the database for one year plus one month – 'Announced Deals', 'Deals in Play', 'Valuation Data' and 'Valuation Analysis'** | 1 | GBP 27,000.00 | GBP 27,000.00 |
| **Derrick E&P Transactions Database Subscription for up to seven users within Evalueserve team working on StatoilHydro projects. Full access to all sections of the database for one year plus one month –'Announced Deals', 'Deals in Play', 'Valuation Data' and 'Valuation Analysis'** | 1 | GBP 27,000.00 | GBP 27,000.00 |
| **Monthly E&P transactions report tailored for StatoilHydro** | 12 (+ 1 complementary) | GBP 1,000.00 | GBP 12,000.00 |
| | | TOTAL | GBP 66,000.00 |

**GB Pounds Sixty Six Thousand Only**

PLAINTIFF'S EXHIBIT
**21**

Thank you for your business!