# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **DERRICK PETROLEUM SERVICES,** | § | |
| *PLAINTIFF*, | § | |
| | § | |
| *V.* | § | **CIVIL ACTION NO. 4:14-CV-01520** |
| | § | |
| **PLS, INC.** | § | |
| *DEFENDANT.* | § | |

## DEFENDANT PLS, INC.'S DESIGNATION OF DEPOSITION EXCERPTS

Defendant, PLS, Inc. ("**PLS**"), offers the following deposition testimony to be introduced as evidence at trial. PLS reserves the right to offer additional deposition testimony as may be appropriate for both direct and rebuttal testimony of the witness.

The proposed deposition excerpts from the deposition of ***Mangesh Hirve*** are as follows:

1. Page 4:11 TO 4:15
2. Page 5:09 TO 5:10
3. Page 9:16 TO 9:19
4. Page 13:03 TO 14:09
5. Page 14:21 TO 15:01
6. Page 15:02 TO 15:11
7. Page 16:13 TO 16:18
8. Page 19:12 TO 19:20
9. Page 21:17 TO 22:05
10. Page 22:15 TO 23:02
11. Page 23:14 TO 23:19
12. Page 25:03 TO 25:23
13. Page 26:25 TO 27:17
14. Page 27:20 TO 28:11
15. Page 29:23 TO 30:11
16. Page 31:20 TO 31:23
17. Page 33:03 TO 33:12
18. Page 35:14 TO 35:15
19. Page 35:17 TO 35:25
20. Page 37:02 TO 37:11
21. Page 38:01 TO 38:10
22. Page 39:06 TO 39:13
23. Page 40:17 TO 41:07
24. Page 41:09 TO 41:19
25. Page 43:11 TO 43:12
26. Page 43:13 TO 43:18
27. Page 46:18 TO 47:06
28. Page 50:07 TO 50:08
29. Page 50:10 TO 50:13
30. Page 52:20 TO 52:25
31. Page 53:02 TO 53:20
32. Page 53:22 TO 53:23
33. Page 54:05 TO 54:14
34. Page 56:21 TO 57:03
35. Page 65:16 TO 65:25
36. Page 66:02 TO 66:16
37. Page 67:03 TO 67:14
38. Page 67:16 TO 67:17
39. Page 81:06 TO 81:09
40. Page 88:03 TO 89:01
41. Page 94:23 TO 95:05
42. Page 95:12 TO 95:24
43. Page 96:11 TO 96:24

The proposed deposition excerpts from the deposition of **Naveen Seetharama** are as follows:

1. Page 6:16 TO 6:19
2. Page 9:15 TO 10:02
3. Page 10:14 TO 10:16
4. Page 12:01 TO 12:04
5. Page 12:21 TO 12:23
6. Page 13:04 TO 13:11
7. Page 20:23 TO 21:01
8. Page 28:22 TO 28:25
9. Page 30:21 TO 31:10
10. Page 121:25 TO 122:04
11. Page 122:18 TO 122:24
12. Page 124:09 TO 124:13
13. Page 125:05 TO 125:13
14. Page 126:02 TO 126:19
15. Page 128:14 TO 129:03
16. Page 129:10 TO 129:12
17. Page 132:07 TO 132:22
18. Page 32:03 TO 32:04
19. Page 32:05 TO 32:06
20. Page 32:07 TO 32:08
21. Page 33:03 TO 33:07
22. Page 33:13 TO 33:15
23. Page 194:08 TO 194:09
24. Page 194:11 TO 194:15
25. Page 35:07 TO 35:18
26. Page 35:19 TO 35:20
27. Page 38:01 TO 38:03
28. Page 38:04 TO 38:07
29. Page 39:04 TO 39:07
30. Page 39:21 TO 39:24
31. Page 40:03 TO 40:09
32. Page 40:11 TO 40:11
33. Page 45:17 TO 46:24
34. Page 47:17 TO 48:05
35. Page 49:09 TO 49:15
36. Page 49:24 TO 50:07
37. Page 50:09 TO 50:09
38. Page 53:12 TO 53:23
39. Page 58:23 TO 59:03
40. Page 59:05 TO 59:12
41. Page 59:14 TO 59:16
42. Page 59:19 TO 59:19
43. Page 59:20 TO 59:20
44. Page 59:23 TO 61:13
45. Page 61:14 TO 61:16
46. Page 61:17 TO 61:23
47. Page 63:08 TO 63:21
48. Page 63:22 TO 63:22
49. Page 66:01 TO 67:12
50. Page 67:14 TO 67:21
51. Page 67:23 TO 67:23
52. Page 68:09 TO 68:11
53. Page 68:13 TO 68:13
54. Page 68:20 TO 68:23
55. Page 94:21 TO 96:12
56. Page 98:09 TO 98:23
57. Page 102:05 TO 103:16
58. Page 104:18 TO 105:01
59. Page 105:03 TO 105:07
60. Page 137:08 TO 137:09
61. Page 137:10 TO 137:16
62. Page 137:17 TO 137:19
63. Page 138:12 TO 138:13
64. Page 138:14 TO 138:25
65. Page 144:04 TO 144:06
66. Page 144:07 TO 145:04
67. Page 149:13 TO 149:14
68. Page 149:15 TO 150:23
69. Page 151:19 TO 152:05
70. Page 169:01 TO 169:01
71. Page 169:02 TO 169:08
72. Page 170:04 TO 170:23

Respectfully submitted, this the 31st day of October, 2014.

By:    */s/ Eric Lipper*

     Eric Lipper
     State Bar No. 12399000
     Melissa N. Sternfels
     State Bar No. 24037181
     1415 Louisiana, 36th Floor
     Houston, Texas  77002
     713.220.9181 (Telephone)
     713.223.9319 (Facsimile)
     Email:  elipper@hirschwest.com
     Email:  msternfels@hirschwest.com

OF COUNSEL:

Clifford H. Walston
PLS, Inc.
One Riverway, Suite 2500
Houston, Texas  77056

**ATTORNEY FOR DEFENDANT,
PLS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 31, 2014, I electronically filed the foregoing with the Clerk

of the Court using the ECF system which sent notification of such filing to the following:

Brendan D. Cook
Baker & McKenzie, LLP
700 Louisiana, Suite 3000
Houston, Texas  77002
*Via Facsimile No. 713-427-5099*

By:   */s/ Eric Lipper*
　　　　　Eric Lipper