# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK PETROLEUM SERVICES, | § § § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 4:14-cv-01520 |
| | § | |
| PLS, INC., | § § | |
| Defendant. | § § | |

**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF MANGESH HIRVE**

Plaintiff, Derrick Petroleum Services ("Derrick") files this, and files this Designation of Deposition Testimony of Mangesh Hirve which may be used at the time of trial:

| Page/Line | | Page/Line | | Page/Line | | Page/Line | | Page/Line | | Page/Line |
|---|---|---|---|---|---|---|---|---|---|---|
| 4:11 | – | 4:12 | | 36:10 | – | 37:1 | | 83:25 | – | 86:19 |
| 5:9 | – | 10:9 | | 46:24 | – | 47:6 | | 91:18 | – | 92:2 |
| 10:20 | – | 14:20 | | 48:12 | – | 52:10 | | 94:23 | – | 95:17 |
| 18:21 | – | 20:15 | | 52:12 | – | 56:4 | | 98:3 | – | 98:8 |
| 21:17 | – | 33:8 | | 66:3 | – | 67:17 | | 100:19 | – | 102:9 |

Respectfully submitted,

BAKER & McKENZIE LLP

By:   /s/ Brendan D. Cook
Brendan D. Cook *(attorney-in-charge)*
Texas Bar No. 04721700
Federal ID # 5030
Brandon E. Caire
Texas Bar No. 24064991
Federal ID # 1812322
700 Louisiana, Suite 3000
Houston, Texas 77002
Tel: (713) 427-5000 / Fax: (713) 427-5099
brendan.cook@bakermckenzie.com
brandon.caire@bakermckenzie.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on lead counsel of record on November 1, 2014 by electronic mail, electronic filing, facsimile, hand delivery, and/or U.S. certified mail, return receipt requested:

Eric Lipper
HIRSCH & WESTHEIMER
1415 Louisiana
Houston, Texas 77002
elipper@hirschwest.com
Tel: (713) 220-9181 / Fax: (713) 223-9319

*Attorney for Defendant PLS Inc.*

 Brandon E. Caire