# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK PETROLEUM SERVICES, | § § § | |
| *Plaintiff*, | § | |
| v. | § | CASE NO. 4:14-cv-01520 |
| | § | |
| PLS, INC., | § § | |
| *Defendant.* | § | |

## PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF JASON REIMBOLD

Plaintiff, Derrick Petroleum Services files this Designation of Deposition Testimony of Jason Reimbold which may be used at the time of trial:

| Page/Line | | Page/Line | | Page/Line | | Page/Line | | Page/Line | | Page/Line |
|---|---|---|---|---|---|---|---|---|---|---|
| 4:9 | – | 5:9 | | 23:12 | – | 24:4 | | 36:25 | – | 39:23 |
| 7:9 | – | 9:5 | | 24:14 | – | 25:18 | | 40:4 | – | 41:6 |
| 9:25 | – | 19:10 | | 27:1 | – | 28:14 | | 43:2 | – | 45:15 |
| 19:24 | – | 21:25 | | 29:16 | – | 30:22 | | 52:2 | – | 55:14 |
| 22:4 | – | 22:9 | | 31:11 | – | 33:4 | | | | |

Respectfully submitted,

BAKER & McKENZIE LLP

By:      /s/  Brendan D. Cook
Brendan D. Cook *(attorney-in-charge)*
Texas Bar No. 04721700
Federal ID # 5030
Brandon E. Caire
Texas Bar No. 24064991
Federal ID # 1812322
700 Louisiana, Suite 3000
Houston, Texas  77002
Tel: (713) 427-5000 / Fax: (713) 427-5099
brendan.cook@bakermckenzie.com

brandon.caire@bakermckenzie.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on lead counsel of record on November 1, 2014 by electronic mail, electronic filing, facsimile, hand delivery, and/or U.S. certified mail, return receipt requested:

Eric Lipper
HIRSCH & WESTHEIMER
1415 Louisiana
Houston, Texas 77002
elipper@hirschwest.com
Tel: (713) 220-9181 / Fax: (713) 223-9319

*Attorney for Defendant PLS Inc.*

_____
Brandon E. Caire