# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK PETROLEUM SERVICES, | § § § | |
| *Plaintiff*, | § | |
| v. | § | CASE NO. 4:14-cv-01520 |
| | § | |
| PLS, INC., | § § | |
| | § | |
| *Defendant*. | § | |

## PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF NAVEEN SEETHARAMA

Plaintiff, Derrick Petroleum Services files this Designation of Deposition Testimony of Naveen Seetharama which may be used at the time of trial:

| Page/Line | | Page/Line | Page/Line | | Page/Line | Page/Line | | Page/Line |
|---|---|---|---|---|---|---|---|---|
| 6:16 | – | 6:19 | 29:15 | – | 30:5 | 74:3 | – | 82:23 |
| 9:1 | – | 13:11 | 31:11 | – | 52:7 | 89:9 | – | 105:20 |
| 14:12 | – | 24:10 | 54:3 | – | 54:14 | 121:22 | – | 138:11 |
| 25:17 | – | 25:24 | 54:24 | – | 70:5 | 182:6 | – | 195:8 |

Respectfully submitted,

BAKER & McKENZIE LLP

By:  /s/ Brendan D. Cook
Brendan D. Cook *(attorney-in-charge)*
Texas Bar No. 04721700
Federal ID # 5030
Brandon E. Caire
Texas Bar No. 24064991
Federal ID # 1812322
700 Louisiana, Suite 3000
Houston, Texas 77002
Tel: (713) 427-5000 / Fax: (713) 427-5099
brendan.cook@bakermckenzie.com
brandon.caire@bakermckenzie.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on lead counsel of record on November 1, 2014 by electronic mail, electronic filing, facsimile, hand delivery, and/or U.S. certified mail, return receipt requested:

Eric Lipper
HIRSCH & WESTHEIMER
1415 Louisiana
Houston, Texas 77002
elipper@hirschwest.com
Tel: (713) 220-9181 / Fax: (713) 223-9319

*Attorney for Defendant PLS Inc.*

_____
Brandon E. Caire