UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK PETROLEUM SERVICES, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 4:14-cv-01520 |
| | § | |
| PLS, INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S TRIAL WITNESS LIST

1. Yashodeep Deodhar
   Partner, Derrick Petroleum Services
   c/o Brendan Cook
   Brandon Caire
   Baker & McKenzie, LLP
   700 Louisiana, Suite 3000
   Houston, Texas 77002
   Tel.:   713-427-5000
   Fax:   713-427-5099

   As the founder of Derrick Petroleum Services and the creator of the Oil & Gas Mergers & Acquisitions Database (the "Database"), Mr. Deodhar has relevant knowledge concerning the creation, development, and maintenance of the Database, the nature of the relationship between Derrick and PLS, Inc., PLS's suggestions concerning Datbaase content, structure, and format, Derrick's expectations and the parties' negotiations leading to the execution of the parties' Memorandum of Understanding, and other issues relevant to ownership of the Database and the current status of the MOU.

2. Brian Lidsky (*adversely*)
   Managing Director, PLS, Inc
   c/o Eric Lipper
   HIRSCH & WESTHEIMER
   1415 Louisiana
   Houston, Texas 77002

   As a former Derrick consultant and current employee of PLS, Inc. who first introduced the principals of each party, Mr. Lidsky has knowledge concerning the parties' negotiations leading to the execution of the parties' Memorandum of Understanding, the development of the Database, including any contributions made by PLS, and the parties' commercial relationship.

3.       Ronyld Wise (*adversely*)
   Founder, PLS, Inc.
   c/o Eric Lipper
   HIRSCH & WESTHEIMER
   1415 Louisiana
   Houston, Texas 77002

   As the founder of PLS, Inc., Mr. Wise has relevant knowledge concerning the nature of the relationship between Derrick and PLS, Inc., the parties' negotiations leading to the execution of the parties' Memorandum of Understanding, and other issues relevant to ownership of the Database and the current status of the MOU.

4.       Richard Bernardy
   Managing Partner
   M1 Energy Capital
   808 Travis, Suite 401
   Houston, Texas, 77002
   Tel.: 713-300-1422
   (*facsimile unknown*)

   As an investor in PLS, Inc., from 2008 through 2010, Mr. Bernardy has relevant knowledge concerning nature of the relationship between Derrick and PLS, Inc., the parties' negotiations leading to the execution of the parties' Memorandum of Understanding, and other issues relevant to ownership of the Database and the term of the MOU.

5.       Nancy Miracle
   Digital Miracles, LLC
   c/o Brendan Cook
   Brandon Caire
   Baker & McKenzie, LLP
   700 Louisiana, Suite 3000
   Houston, Texas 77002
   Tel.:   713-427-5000
   Fax:   713-427-5099

   As an expert in the field of forensic software analysis, Ms. Miracle intends to offer opinions regarding the content and origins of both data, structure, and analysis in the Database from a software perspective, as well as opinions as to the parties' respective contributions to Database content, structure, and analysis that bear on th eissue of Database ownership. The scope and details of Ms. Miracle's opinions are further delineated in her Preliminary and Supplemental Expert Reports, Plaintiff's Exhibits 91 and 92.

6.       Byron Egan
   Jackson Walker, LLP

Bank of America Plaza
901 Main Street, Suite 6000
Dallas, TX 75202
Tel : 214.953.6000
Fax : 214.953.5822

As an expert in the area of Texas partnerships, Mr. Egan intends to offer opinions in rebuttal to those offered by Plaintiff's Designated Expert Robert Ragazzo, including but not limited to opinions on aspects of the business relationship between PLS and Derrick for the period beginning on or about September 30, 2009. The scope and nature of Mr. Egan's opinions will be further delineated in his Expert Reports, to be filed early next week.

7.  Jason Reimbold (*adversely*)
    Vice President, PLS Inc.
    Eric Lipper
    HIRSCH & WESTHEIMER
    1415 Louisiana
    Houston, Texas 77002

    Mr. Reimbold has knowledge concerning PLS's knowledge concerning PLS's product lines prior to October 2009, including but not limited to a pre-existing database that PLS has alleged to have had in its possession prior to meeting Derrick. Mr. Reimbold's testimony will likely be presented by deposition in accordance the deposition designations and summary filed by Derrick on November 3, 2014.

8.  Mangesh Hirve
    Operations Manager, Derrick Petroleum Services
    c/o Brendan Cook
    Brandon Caire
    Baker & McKenzie, LLP
    700 Louisiana, Suite 3000
    Houston, Texas 77002
    Tel.:   713-427-5000
    Fax:    713-427-5099

    Mr. Hirve has relevant knowledge concerning the nature of the relationship between Derrick and PLS, Inc., PLS's suggestions concerning Database content, structure, and format, and other issues relevant to ownership and the term of the MOU. Mr. Hirve's testimony will likely be presented by deposition in accordance the deposition designations and summary filed by Derrick on November 3, 2014.

9. Naveen Seetharama
   Product Manager, Derrick Petroleum Services
   c/o Brendan Cook
   Brandon Caire
   Baker & McKenzie, LLP
   700 Louisiana, Suite 3000
   Houston, Texas 77002
   Tel.:    713-427-5000
   Fax:    713-427-5099

   Mr. Seetharama has relevant knowledge concerning PLS's suggestions concerning Database content, structure, and format, and other issues relevant to ownership and the term of the MOU. Mr. Seetharama's testimony will likely be presented by deposition in accordance the deposition designations and summary filed by Derrick on November 3, 2014.

This witness list is preliminary and Plaintiff reserves the right to amend, modify, reduce or expand this list as trial progresses.

Respectfully submitted,

**BAKER & MCKENZIE LLP**

By:  /s/ Brendan D. Cook
     Brendan D. Cook (*attorney-in-charge*)
     Fed. ID No. 5030
     State Bar No. 04721700
     Brendan.Cook@bakermckenzie.com
     Brandon E. Caire
     Fed. ID No. 1812322
     State Bar No. 24064991
     Brandon.Caire@bakermckenzie.com
     700 Louisiana, Suite 3000
     Houston, Texas 77002
     Tel.:    713-427-5000
     Fax:    713-427-5099

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on lead counsel of record on this 7th day of November, 2014 by electronic mail, electronic filing, facsimile, hand delivery, and/or U.S. certified mail, return receipt requested:

Eric Lipper
HIRSCH & WESTHEIMER
1415 Louisiana
Houston, Texas 77002
elipper@hirschwest.com
Tel: (713) 220-9181 / Fax: (713) 223-9319

*Attorney for Defendant PLS Inc.*

Brandon E. Caire