UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| DERRICK PETROLEUM SERVICES, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 4:14-cv-01520 |
| | § | |
| PLS, INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

| No. | Description | OFF | OBJ | DATE ADM | N/ADM |
| --- | --- | --- | --- | --- | --- |
| 1. | Signed Memorandum of Understanding Between PLS, Inc. and Derrick Petroleum Services, dated September 30, 2009 and October 3, 2009 | | | | |
| 2. | September 1, 2009 Email from B. Lidsky to Y. Deodhar containing draft Memorandum of Understanding | | | | |
| 3. | September 2, 2009 Email from B. Lidsky to Y. Deodhar, R. Wise, R. Bernardy containing draft Memorandum of Understanding | | | | |
| 4. | September 25, 2009 Email from B. Lidsky to R. Wise, Y. Deodhar, R. Bernardy containing revisions to draft Memorandum of Understanding | | | | |
| 5. | October 1, 2009 Email from Y. Deodhar to B. Lidsky, R. Wise, R. Bernardy containing revisions to draft Memorandum of Understanding | | | | |
| 6. | May 28, 2009 Article: $20 Billion of Oil and Gas Deals Currently on the Market | | | | |
| 7. | May 29, 2009 Email from B. Lidsky to T. Rogers (customer) describing Database | | | | |
| 8. | May 29, 2009 Email from Wise to Derrick making initial contact | | | | |
| 9. | May 30, 2009 Email from B. Lidsky to J. Stilwell (customer) describing Database | | | | |
| 10. | May 30, 2009 Email from B. Lidsky to G. Mazza (customer) describing Database | | | | |

| No. | Description | OFF | OBJ | DATE ADM | N/ADM |
|---|---|---|---|---|---|
| 11. | June 1, 2009 Email from B. Lidsky to H. Mitchell (customer) describing Database | | | | |
| 12. | June 26, 2009 Email from B. Lidsky to Y. Deodhar mentioning PLS noncommercialized data | | | | |
| 13. | July 30, 2009 Email from Y. Deodhar to R. Wise, B. Lidsky describing Derrick products | | | | |
| 14. | August 14, 2009 Email from R. Wise to Y. Deodhar, B. Lidsky describing Database and noting planned source document library and other features | | | | |
| 15. | August 21, 2009 Email from Y. Deodhar to R. Wise, B. Lidsky re: Objectives for meetings next week | | | | |
| 16. | September 14, 2009 Email from Y. Deodhar to B. Lidsky providing suggested U.S. geographical breakouts | | | | |
| 17. | September 17, 2009 Email from B. Lidsky to N. Seetharama attaching 2000 Herold Methodology | | | | |
| 18. | September 18, 2009 Email from Y. Deodhar to B. Lidsky, N. Seetharama re: Sample deal sheet | | | | |
| 19. | September 19, 2009 Email from B. Lidsky to R. Wise, Y. Deodhar re: Metrics | | | | |
| 20. | September 23, 2009 Email from R. Wise to B. Lidsky, Y. Deodhar, N. Seetharama re: Subscription request | | | | |
| 21. | September 24, 2009 Email from N. Seetharama to S. Bao, B. Green re: Naveen M&A Database Access | | | | |
| 22. | September 25, 2009 Email from B. Lidsky to L. Hadley (customer), Y. Deodhar, R. Wise re: Meeting Date Suggestions: re: Global Exploration and M&A Databases | | | | |
| 23. | September 30, 2009 Email from Y. Deodhar to N. Seetharama responding to PLS request for U.S. Data from Derrick | | | | |
| 24. | October 1, 2009 Article: $21 Billion of Oil and Gas Deals Announced Third Quarter 2009 | | | | |
| 25. | October 12, 2009 Email from Y. Deodhar to N. Seetharama, B. Lidsky re: Changes in U.S. Database | | | | |
| 26. | October 12, 2009 Email from B. Lidsky to Y. Deodhar, N. Seetharama concerning CapGemini | | | | |
| 27. | October 14, 2009 Email from B. Lidsky to Y. Deodhar, N. Seetharama concerning Credit Suisse | | | | |
| 28. | October 22, 2009 Email from N. Seetharama to Y. Deodhar, B. Lidsky attaching list of Database changes | | | | |

| No. | Description | OFF | OBJ | DATE ADM | N/ADM |
|---|---|---|---|---|---|
| 29. | October 26, 2009 Email from R. Wise to Y. Deodhar, B. Lidsky re: Changes in the DataBase | | | | |
| 30. | November 2, 2009 Email from Y. Deodhar to B. Lidsky, N. Seetharama re: Valuation Analysis Methodology for US | | | | |
| 31. | November 6, 2009 Email from N. Seetharama to B. Lidsky, R. Bernardy, R. Wise, Y. Deodhar re: PLS-Derrick Collaboration | | | | |
| 32. | November 15, 2009 Email from N. Seetharama to Pavithra attaching list of transactions provided by B. Lidsky | | | | |
| 33. | February 10, 2010 Email from R. Wise to B. Lidsky, B. Kelley, L. Lewis, Y. Deodhar re: Bengal Energy LLC (Mr. Johnson) | | | | |
| 34. | June 14, 2010 Email from Y. Deodhar to R. Wise, A. Bharathi re: Analyst comments in Source Docs | | | | |
| 35. | October 22, 2010 Email from R. Wise to Y. Deodhar, N. Sheikh re: Derrick PLS | | | | |
| 36. | December 16, 2010 Email from R. Wise to Y. Deodhar, A. Rizvi re: Deal ID 14167 | | | | |
| 37. | March 19, 2011 Email from R. Wise to Y. Deodhar re: International growth - Op-finder, Danny | | | | |
| 38. | June 20, 2011 Email from R. Wise to Y. Deodhar re: Thought partnership | | | | |
| 39. | August 8, 2011 Email from R. Wise to Y. Deodhar concerning adding pre-2006 deals | | | | |
| 40. | March 28, 2012 Email from Y. Deodhar to R. Wise, B. Lidsky re: Newco - next steps, attaching "From JV to Newco" plan | | | | |
| 41. | May 6, 2012 Email from R. Wise to Y. Deodhar, D. Harris, M. Hirve re: Resolving all outstanding issues | | | | |
| 42. | August 7, 2012 Email from R. Wise to B. Lidsky re: Newco - next steps commenting upon Derrick "From JV to Newco" plan | | | | |
| 43. | August 7, 2012 Email from R. Wise to B. Lidsky, D. Harris re: New Agreement | | | | |
| 44. | September 13, 2012 Email from R. Wise to Y. Deodhar, M. Hirve, B. Lidsky, D. Harris re: Joint Ventures and Competing Partners | | | | |
| 45. | October 17, 2012 Email from M. Hirve to R. Wise, Y. Deodhar, A. Rizvi, B. Lidsky re: Next Generation M&A database | | | | |

| No. | Description | OFF | OBJ | DATE ADM N/ADM |
|---|---|---|---|---|
| 46. | November 19, 2012 Email from R. Wise to Y. Deodhar re: New JV Agreement | | | |
| 47. | December 3, 2012 Email from R. Wise to B. Lidsky, Y. Deodhar, D. Harris re: PLS Derrick JV Pillars Memo | | | |
| 48. | December 12, 2012 Email from R. Wise to Y. Deodhar, B. Lidsky, D. Harris containing Wise's interpretation of MOU | | | |
| 49. | December 17, 2012 Email from R. Wise to B. Lidsky re: PLS Derrick and DI, asking what ownership means | | | |
| 50. | December 19, 2012 Email from Y. Deodhar to R. Wise re: PLS Derrick and DI | | | |
| 51. | January 11, 2013 Email from R. Wise to B. Lidsky, D. Harris re: New Feature - Research Assistant | | | |
| 52. | January 15, 2013 Email from D. Ghale to J. Gerth, Y. Deodhar re: Exploring possible partnership between Derrick Petroleum and Factset | | | |
| 53. | January 17, 2013 Email from R. Wise to Y. Deodhar, B. Lidsky, D. Harris re: PLS and Derrick Joint Ownership of the Global M&A data base | | | |
| 54. | January 24, 2013 Email from Y. Deodhar to R. Wise re: PLS Inc. | | | |
| 55. | February 22, 2013 Email from R. Wise to Y. Deodhar, B. Lidsky re: Response to investors seems more important than treatment of partners | | | |
| 56. | March 13, 2013 Email from R. Wise to B. Lidsky, J. Palmer, D. Harris re: Thoughts from his mail | | | |
| 57. | March 19, 2013 Email from R. Wise to J. Palmer, B. Lidsky, A. Rizvi re: London status - sale clients | | | |
| 58. | March 24, 2013 Email from D. Harris to Y. Deodhar re: M&A Database Protocols | | | |
| 59. | March 28, 2013 Email from B. Lidsky to Y. Deodhar re: Houston trip | | | |
| 60. | March 29, 2013 Email from B. Lidsky to Y. Deodhar, R. Wise, D. Harris re: PLS Derrick NEWCO or LLC | | | |
| 61. | April 15, 2013 Email from B. Lidsky to Y. Deodhar concerning subregional work | | | |
| 62. | May 15, 2013 Email from B. Lidsky to Y. Deodhar, R. Wise, D. Harris, H. Yunus, B. Lidsky re: Confidential: JSOA and Non-Compete Agreements | | | |
| 63. | June 10, 2013 Email from R. Wise to B. Lidsky, J. Palmer, A. Rizvi, H. Yunus re: Second Read | | | |

| No. | Description | OFF | OBJ | DATE ADM | N/ADM |
|---|---|---|---|---|---|
| 64. | June 11, 2013 Email from R. Wise to B. Lidsky re: Yashodeep/feedback … | | | | |
| 65. | June 13, 2013 Email from R. Wise to B. Lidsky, H. Yunus, D. Harris, J. Palmer, A. Rizvi, T. Pawul re: JVOA | | | | |
| 66. | June 20, 2013 Email from R. Wise to Y. Deodhar re: Tullow Meeting - Tomorrow @ 9am | | | | |
| 67. | July 19, 2013 Draft of Sales and Operating Agreement Among Derrick Petroleum Services and PLS, Inc. | | | | |
| 68. | July 31, 2013 Email from R. Wise to B. Lidsky re: Very good and very level headed see you don't know how smart your are | | | | |
| 69. | July 31, 2013 Email from E. Wise to B. Lidsky re: Tax Consequences of Busn Disputes, including earlier messages to Y. Deodhar | | | | |
| 70. | August 1, 2013 Email from B. Lidsky to Y. Deodhar re: Enlightenment | | | | |
| 71. | August 1, 2013 Email from R. Wise to F. Saldana, B. Lidsky re: In pursuit of Mr. Goodbar | | | | |
| 72. | Chart: PLS Data Contributions and Quality Control Outbound Emails | | | | |
| 73. | August 8, 2013 Email from R. Wise to B. Lidsky, F. Saldana re: Quickbase App | | | | |
| 74. | Approx. August 9, 2013 Email from R. Wise to B. Lidsky re: Chevron - M&A trends presentation | | | | |
| 75. | August 9, 2013 Email from R. Wise to Y. Deodhar, B. Lidsky commenting upon an Indian LLC | | | | |
| 76. | August 31, 2013 Email from R. Wise to T. Pritchard, B. Lidsky, M. Brewer, Y. Deodhar re: PLS/Derrick MOU amendment | | | | |
| 77. | February 18, 2014 Email from Y. Deodhar to D. Harris re: 2014 MOU Draft | | | | |
| 78. | March 6, 2014 Email from Y. Deodhar to D. Harris, B. Lidsky re: Extension of MOU execution | | | | |
| 79. | March 7, 2014 Email from R. Wise to A. Rizvi, B. Lidsky, D. Harris re: Life and Deals | | | | |
| 80. | May 23, 2014 Email from R. Wise to Y. Deodhar re: E&Y | | | | |
| 81. | Approx. August 7, 2014 Email from Y. Deodhar to R. Wise, B. Lidsky, A. Rizvi re: Consolidated response to emails dated 7-Aug-2014 | | | | |

| No. | Description | OFF | OBJ | DATE ADM | N/ADM |
|---|---|---|---|---|---|
| 82. | August 12, 2014 Email from R. Wise to Y. Deodhar, M. Hirve, C. Walston, A. Rizvi, B. Lidsky, S. Silverman re: Midstream and Ofs Deals Missing From M&A | | | | |
| 83. | August 18, 2014 Email from B. Lidsky to S. Silverman re: Deal on Market List -- For Product Sales | | | | |
| 84. | September 16, 2014 Email from R. Wise to Y. Deodhar, M. Hirve, C. Walston, S. Silverman, E. Lipper, B. Lidsky, A. Rizvi re: PLS and Derrick (the good wife?) | | | | |
| 85. | Approx. September 18, 2014 Email from R. Wise to Y. Deodhar, M. Hirve, D. Ghale, C. Walston, S. Silverman, E. Lipper re: TI Agreement Challenges | | | | |
| 86. | N. Seetharama List of Activities from 2009 Trip | | | | |
| 87. | July 10, 2008 Derrick Petroleum Services Invoice to Statoil | | | | |
| 88. | Database Screenshot Files | | | | |
| 89. | Curriculum Vitae of Yashodeep Deodhar | | | | |
| 90. | Curriculum Vitae of Nancy Miracle | | | | |
| 91. | Expert Report of Nancy Miracle | | | | |
| 92. | Supplemental Expert Report of Nancy Miracle | | | | |
| 93. | Plaintiff's Designation of Deposition Testimony of Jason Reimbold | | | | |
| 94. | Plaintiff's Summary of Deposition Designation of Jason Reimbold | | | | |
| 95. | Deposition Transcript of Jason Reimbold as Corporate Representative of PLS, Inc. | | | | |
| 96. | Plaintiff's Designation of Deposition Testimony of Naveen Seetharama | | | | |
| 97. | Plaintiff's Summary of Deposition Designation of Naveen Seetharama | | | | |
| 98. | Deposition Transcript of Naveen Seetharama | | | | |
| 99. | Plaintiff's Designation of Deposition Testimony of Mangesh Hirve | | | | |
| 100. | Plaintiff's Summary of Deposition Designation of Mangesh Hirve | | | | |
| 101. | Deposition Transcript of Mangesh Hirve | | | | |
| 102. | PLS Objections and Answers to Derrick Petroleum Services Interrogatories | | | | |
| 103. | E&P Transactions Database PPT Presentation | | | | |
| 104. | Derrick Petroleum Services May 2009 Presentation | | | | |

| No. | Description | OFF | OBJ | DATE ADM | N/ADM |
|---|---|---|---|---|---|
| 105. | October 2, 2012 E-mail from D. Condina to PLSDeals inbox re: Need Source. | | | | |
| 106. | June 5, 2013 Email from R. Wise to B. Lidsky, H. Yunus re: M&A Database | | | | |
| 107. | July 25, 2013 Email from R. Wise to Y. Deodhar, B. Lidsky re: Tax Consequences of Busn Disputes | | | | |

Respectfully submitted,

**BAKER & MCKENZIE LLP**

By: ___/s/Brendan D. Cook___
Brendan D. Cook (*Attorney-in-Charge*)
State Bar No. 04721700
Brendan.Cook@bakermckenzie.com
Brandon E. Caire
State Bar No. 24064991
Brandon.Caire@bakermckenzie.com
700 Louisiana, Suite 3000
Houston, Texas 77002
Tel.: 713-427-5000
Fax: 713-427-5099

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on lead counsel of record on this 7th day of November, 2014 by electronic mail, electronic filing, facsimile, hand delivery, and/or U.S. certified mail, return receipt requested:

Eric Lipper
HIRSCH & WESTHEIMER
1415 Louisiana
Houston, Texas 77002
elipper@hirschwest.com
Tel: (713) 220-9181 / Fax: (713) 223-9319

*Attorneys for Defendant PLS Inc.*

_____
Brandon E. Caire