**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DERRICK PETROLEUM SERVICES,** | § | |
| *PLAINTIFF*, | § | |
| | § | |
| *V.* | § | **CIVIL ACTION NO. 4:14-CV-01520** |
| | § | |
| **PLS, INC.** | § | |
| *DEFENDANT.* | § | |

## PLS, INC.'S TRIAL EXHIBIT LIST

| NO. | DATE | DESCRIPTION | OFFER | OBJ | DATE ADMIT N/ADMT |
|---|---|---|---|---|---|
| 1. | 5/28/09 | DPS M&A Study - $20 Billion of Oil and Gas Deals Currently on the Market | | | |
| 2. | 5/29/09 | Email from R Wise to Naveen re DPS and working on "similar desk top for listings" | | | |
| 3. | 6/26/09 | Email between B Lidsky and Yashodeep re Deloitte and UBS – Still Live leads | | | |
| 4. | 7/30/09 | Email between Yashodeep and R Wise re Trials and database information | | | |
| 5. | 8/14/09 | Email between R Wise and Yashodeep re Co-branded deal database | | | |
| 6. | 8/21/09 | Email from Yashodeep to R Wise with chart of objectives for meeting next week | | | |
| 7. | 9/1/09 | Email from B Lidsky to Yashodeep with Memorandum of Understanding | | | |
| 8. | 9/2/09 | Email from B Lidsky to Yashodeep with Memorandum of Understanding | | | |
| 9. | 9/14/09 | Email from Yashodeep to B Lidsky re "add some category types for unconventional/resource plays" | | | |
| 10. | 9/16/09 | Email from Yashodeep to Naveen re "reclassification of US deals" | | | |
| 11. | 9/18/09 | Email between Yashodeep and R Wise re DPS services with PLS & Affiliates | | | |
| 12. | 9/18/09 | Email from Yashodeep to B Lidsky re sample deal sheet | | | |
| 13. | 9/19/09 | Email between B Lidsky and R Wise and Yashodeep re subscription request and JV is "as good as signed" | | | |

| No. | DATE | DESCRIPTION | OFFER | OBJ | DATE ADMIT N/ADMT |
|-----|------|-------------|-------|-----|-------------------|
| 14. | 9/24/09 | Email between Naveen Seetharama, Sean Bao and Brian Green re Naveen M&A Database Access | | | |
| 15. | 9/25/09 | Email from B Lidsky to R Wise and Yashodeep with PLS Derrick MOU Redline Sept. 2009 | | | |
| 16. | 9/29/09 | Email from Yashodeep to Naveen re Regd Q3-2009 Transactions | | | |
| 17. | 10/1/09 | Newswire article - $21 Billion of Oil and Gas Deals Announced Third Quarter 2009 | | | |
| 18. | 10/1/09 | Email between Yashodeep, B Lidsky and R Wise re Derrick/PLS MOU with attachment | | | |
| 19. | 10/3/09 | Signed Memorandum of Understanding By and Between PLS, Inc. and Derrick Petroleum Services | | | |
| 20. | 10/12/09 | Email between Yashodeep, B Lidsky and Naveen re Changes in US Database | | | |
| 21. | 10/22/09 | Email from Naveen to Yashodeep re Changes in US database with chart | | | |
| 22. | 10/22/09 | Letter from Brian Lidsky to Lesly Ann Hadella of Cameron re "demonstration of Planned Exploration Wells database" | | | |
| 23. | 10/26/09 | Email from Yashodeep to B Lidsky re Valuation Analysis Methodology for US | | | |
| 24. | 11/2/09 | Email from Yashodeep to B Lidsky "to work though list with Naveen" | | | |
| 25. | 11/4/09 | Email from Naveen to Anitha Bharathi and Yashodeep re list of websites that PLS track for deals in play | | | |
| 26. | 11/6/09 | Email from Naveen to B Lidsky re PLS-Derrick Collaboration | | | |
| 27. | 10/20/09 | Email from Naveen to Brandon Caire re Naveen's tasks and activities during 2009 Houston trip | | | |
| 28. | 11/13/09 | Email from Yashodeep to B Lidsky and Naveen re "cancelled deals" | | | |
| 29. | 11/15/09 | Email from B Lidsky to Naveen re "comparison of all transactions of PLS & Derrick Database" | | | |
| 30. | 1/26/10 | Email from R Wise to Yashodeep re "Derrick logo on the original ad" | | | |

20140419.20140419/1957676.1

| NO. | DATE | DESCRIPTION | OFFER | OBJ | DATE ADMIT N/ADMT |
|---|---|---|---|---|---|
| 31. | 2/10/10 | Email from R Wise to B Lidsky and others re Bengal Energy LLC (Mr. Johnson) | | | |
| 32. | 2/28/10 | Email from Yashodeep to R Wise re Ammunition for Anandarko | | | |
| 33. | 7/7/10 | Email between Yashodeep and R Wise re M&A Database Ad | | | |
| 34. | 7/12/10 | Email from Yashodeep to R Wise re M&A Product Development | | | |
| 35. | 7/16/10 | Email from Email from Yashodeep to R Wise re 2005 M&A activity | | | |
| 36. | 8/9/10 | Email from Jennifer Adams to R Wise and others re Archiving Transactions - Access M&A database (Hess) | | | |
| 37. | 8/12/10 | Email from R Wise to Yashodeep re "merging old PLS data into NEW data base" | | | |
| 38. | 8/20/10 | Email between Susan Coburn, Yashodeep and R Wise re document search tool | | | |
| 39. | 8/27/10 | Email from Orlando Castro to Yashodeep re M&A Database brochure and Ad | | | |
| 40. | 10/2/10 | Email from R Wise and Leland Richardson and others re merging data sets and adding midstream & service | | | |
| 41. | 10/22/10 | Email between R Wise and Yashodeep re "PLS costs and staff compensation" | | | |
| 42. | 12/14/10 | Database design priority list | | | |
| 43. | 12/14/10 | Email from R Wise to Yashodeep re Database comments (ideas) | | | |
| 44. | 12/16/10 | Email from Yashodeep to R Wise re "review of all your comments and of the deal documents" | | | |
| 45. | 3/31/11 | Email between Yashodeep and Bernard Thierree and R Wise re Tentative Merger | | | |
| 46. | 6/4/11 | Email between Yashodeep and R Wise re meeting with Bernard | | | |
| 47. | 8/8/11 | Email between R Wise and Yashodeep re "operational issues" | | | |
| 48. | 2/20/12 | Email between Yashodeep and Tim Pawul re Tim Pawul Sales Status Report | | | |
| 49. | 7/12/12 | Email from R Wise to Yashodeep re "cultural abyss between Derrick and PLS" | | | |

20140419.20140419/1957676.1

| NO. | DATE | DESCRIPTION | OFFER | OBJ | DATE ADMIT N/ADMT |
|---|---|---|---|---|---|
| 50. | 8/21/12 | Email from Yashodeep to David Harris re buying PLS interest in database | | | |
| 51. | | Spreadsheet - PLS Data Contribution and Quality Control Outbound Emails from PLS to PLSDeals@Derrickpetroleum.com from 9/5/12 to 8/15/14 | | | |
| 52. | 8/22/12 | Email from R Wise to Ali Rizvi and David Harris re Pre-2005 Canadian deals | | | |
| 53. | 9/13/12 | Email from R Wise to Yashodeep re Joint Ventures and Competing Partners | | | |
| 54. | 10/17/12 | Email between Mangesh Hirve, R Wise and Yashodeep re Next generation M&A database with PLS Derrick M&A database updates spreadsheet | | | |
| 55. | 11/8/12 | DPS Invoice to PLS, Inc. for E&P Transactions Database Development and Maintenance | | | |
| 56. | 12/19/12 | Email between Yashodeep and R Wise re PLS Derrick and DI | | | |
| 57. | 4/15/13 | Email from B Lidsky to Yashodeep Regional QC: Flagged Deals completed! | | | |
| 58. | 1/11/13 | Email from R Wise to B Lidsky re "something needs to be sent in writing to protect PLS" | | | |
| 59. | 1/11/13 | Email between R Wise and B Lidsky re "move to a new structure for all premium databases" | | | |
| 60. | 1/17/13 | Email from R Wise to Yashodeep re PLS and Derrick Joint Ownership of the Global M&A database | | | |
| 61. | 1/24/13 | Email from Yashodeep to R Wise re "two offers – one for the database and one for the database plus publications" | | | |
| 62. | 3/7/13 | Email between R Wise and Yashodeep and Mangesh re Prod Data III | | | |
| 63. | 3/13/13 | Email from Yashodeep to R Wise re JV MOU and "DPS owns the M&A database and all of the other products of DPS" | | | |
| 64. | 8/7/13 | Email from Danny Ghale to Mangesh and Yashodeep re Centrica trial of the Derrick/PLS M&A Database | | | |
| 65. | 1/25/14 | Email from B Lidsky to D Harris with "PLS global travels for sales" spreadsheet | | | |

20140419.20140419/1957676.1

| NO. | DATE | DESCRIPTION | OFFER | OBJ | DATE ADMIT N/ADMT | |
|---|---|---|---|---|---|---|
| 66. | 7/8/14 | 1derrick.com web page re M&A Database | | | | |
| 67. | | Oil and Gas M&A Database – Deals in Play web page results 7/24/14 – 8/14/14 | | | | |
| 68. | | Email from Yashodeep to R Wise and B Lidsky re Consolidated response to emails dated 8/7/14 | | | | |
| 69. | 8/8/14 | Letter from Randall Owens to Brendan Cook re "Derrick brought suit against PLS" | | | | |
| 70. | 8/12/14 | Email between R Wise and Yashodeep re Midstream and OFS Deals missing from M&A | | | | |
| 71. | 8/18/14 | Email from B Lidsky to Samara Silverman and B Lidsky re Deal on Market List – For Product Sales? with DPS Deals on Market Study May 2009 spreadsheet | | | | |
| 72. | | Tim Pawul's Book of Business spreadsheet | | | | |
| 73. | | PLS Prior M&A Database | | | | |
| 74. | | PLS/Derrick Joint Venture M&A Database (http://www.plsx.com/ma/) | | | | |
| 75. | 3/8/10 | Email from B Lidsky to S Silverman and Yashodeep re Template Contract for US M&A Database | | | | |
| 76. | 4/8/10 | Email from Yashodeep to B Lidsky re PLS Proposal | | | | |
| 77. | | PLS designed marketing brochure on the JV's M&A Database | | | | |
| 78. | 3/2009 | Derrick Petroleum Services E&P Transactions March 2009 | | | | |
| 79. | 10/20/14 | Deposition Transcript of Naveen Seetharama | | | | |
| 80. | | Defendant's Summary of Testimony of Naveen Seetharama | | | | |
| 81. | 10/21/14 | Deposition Transcript of Mangesh Hirve | | | | |
| 82. | | Defendant's Summary of Testimony of Mangesh Hirve | | | | |
| 83. | | Expert Report of Robert A Ragazzo | | | | |

20140419.20140419/1957676.1

| NO. | DATE | DESCRIPTION | OFFER | OBJ | DATE ADMIT N/ADMT | |
|-----|------|-------------|-------|-----|-------|---|
| 84. | | Curriculum Vitae Robert A Ragazzo | | | | |

Respectfully submitted, this the 7th day of November, 2014.

By:    */s/ Eric Lipper*
          Eric Lipper
          State Bar No. 12399000
          Melissa N. Sternfels
          State Bar No. 24037181
          1415 Louisiana, 36th Floor
          Houston, Texas 77002
          713.220.9181 (Telephone)
          713.223.9319 (Facsimile)
          Email: elipper@hirschwest.com
          Email: msternfels@hirschwest.com

OF COUNSEL:

Clifford H. Walston
PLS, Inc.
One Riverway, Suite 2500
Houston, Texas 77056

**ATTORNEYS FOR DEFENDANT,
PLS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2014, I electronically filed the foregoing with the

Clerk of the Court using the ECF system which sent notification of such filing to the following:

Brendan D. Cook
Baker & McKenzie, LLP
700 Louisiana, Suite 3000
Houston, Texas 77002
*Via Facsimile No. 713-427-5099*

By: ___*/s/ Eric Lipper*_____
Eric Lipper

20140419.20140419/1957676.1