UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK PETROLEUM SERVICES, *PLAINTIFF*, | § § § | |
| V. | § | CIVIL ACTION NO. 4:14-CV-01520 |
| PLS, INC. *DEFENDANT.* | § § § § | |

## PLS, INC.'S LIST OF WITNESSES

NOW COMES, Defendant, PLS, Inc. ("PLS"), and submits its List of Witnesses in accordance with the Court's Minute Entry Order.

1. Mr. Ronyld Wise
   Corporate Representative and Custodian of Records
   One Riverway, Suite 2500
   Houston, Texas 77056
   Tel: 713.650.1212
   C/O Eric Lipper
      Hirsch & Westheimer, PC
      1415 Louisiana, 36th Floor
      Houstion, Texas 77009
      Tel: 713.220.9185
      Fax: 713.2233.9319

2. Mr. Brian Lidsky
   Corporate Representative and Custodian of Records
   One Riverway, Suite 2500
   Houston, Texas 77056
   Tel: 713.650.1212
   C/O Eric Lipper
      Hirsch & Westheimer, PC
      1415 Louisiana, 36th Floor
      Houstion, Texas 77009
      Tel: 713.220.9185
      Fax: 713.2233.9319

3. Mr. Ali Rizvi
   Corporate Representative of PLS
   One Riverway, Suite 2500
   Houston, Texas 77056

Tel: 713.650.1212
C/O Eric Lipper
Hirsch & Westheimer, PC
1415 Louisiana, 36th Floor
Houston, Texas 77009
Tel: 713.220.9185
Fax: 713.2233.9319

4. Mr. Jason Reimbold
   Corporate Representative of PLS
   One Riverway, Suite 2500
   Houston, Texas 77056
   Tel: 713.650.1212
   C/O Eric Lipper
   Hirsch & Westheimer, PC
   1415 Louisiana, 36th Floor
   Houston, Texas 77009
   Tel: 713.220.9185
   Fax: 713.2233.9319

5. Mr. Sean Bao
   PLS Employee
   One Riverway, Suite 2500
   Houston, Texas 77056
   Tel: 713.650.1212
   C/O Eric Lipper
   Hirsch & Westheimer, PC
   1415 Louisiana, 36th Floor
   Houston, Texas 77009
   Tel: 713.220.9185
   Fax: 713.2233.9319

6. Robert Ragazzo
   2410 Londonderry Dr.
   Pearland, Texas 77581
   713-743-2146
   C/O Eric Lipper
   Hirsch & Westheimer, PC
   1415 Louisiana, 36th Floor
   Houston, Texas 77009
   Tel: 713.220.9185
   Fax: 713.2233.9319

7. Tim Pawul
   Oil Council
   713-353-4633
   tim.pawul@oilcouncil.com

8. Leland Richardson
   Unknown
   Tel: 314-494-4552

9. David Harris
   DJH O&G Consult, LLC
   427 Glenchester Street
   Houston, TX 77079
   djhconsult@yahoo.com

10. Derrick Petroleum Services
    Corporate Representative and Custodian of Records
    C/O Brendan Cook
    Brendan Caire
    Baker & McKenzie, LLP
    700 Louisiana, Suite 3000
    Houston, Texas 77002
    Tel: 713.427.5000
    Fax: 713.427.5099

11. 1Derrick PTE, Ltd.
    Corporate Representative and Custodian of Records
    C/O Brendan Cook
    Brendan Caire
    Baker & McKenzie, LLP
    700 Louisiana, Suite 3000
    Houston, Texas 77002
    Tel: 713.427.5000
    Fax: 713.427.5099

12. Mr. Yashodeep Deodhar
    Partner, Derrick Petroleum Services
    C/O Brendan Cook
    Brendan Caire
    Baker & McKenzie, LLP
    700 Louisiana, Suite 3000
    Houston, Texas 77002
    Tel: 713.427.5000
    Fax: 713.427.5099

13. Mr. Mangesh Hirve
    C/O Brendan Cook
    Brendan Caire
    Baker & McKenzie, LLP
    700 Louisiana, Suite 3000
    Houston, Texas 77002
    Tel: 713.427.5000
    Fax: 713.427.5099

14. Mr. Naveen Setherama
    C/O Brendan Cook
    Brendan Caire
    Baker & McKenzie, LLP
    700 Louisiana, Suite 3000
    Houston, Texas 77002
    Tel: 713.427.5000
    Fax: 713.427.5099

All witnesses offered by Plaintiff.

Defendant reserves the right to supplement and/or amend.

Respectfully submitted, this the 7th day of November, 2014.

By: /s/ Eric Lipper
Eric Lipper
State Bar No. 12399000
Melissa N. Sternfels
State Bar No. 24037181
1415 Louisiana, 36th Floor
Houston, Texas 77002
713.220.9181 (Telephone)
713.223.9319 (Facsimile)
Email: elipper@hirschwest.com
Email: msternfels@hirschwest.com

**ATTORNEYS FOR DEFENDANT, PLS, INC.**

OF COUNSEL:

Clifford H. Walston
PLS, Inc.
One Riverway, Suite 2500
Houston, Texas 77056

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Brendan D. Cook
Baker & McKenzie, LLP
700 Louisiana, Suite 3000
Houston, Texas 77002
*Via Facsimile No. 713-427-5099*

By: /s/ Eric Lipper
Eric Lipper