United States District Court
Southern District of Texas
**ENTERED**
December 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK PETROLEUM SERVICES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1520 |
| | § | |
| PLS, INC., | § | |
| | § | |
| Defendant. | § | |

# ORDER

The court has determined that this case is appropriate for referral to Magistrate Nancy Johnson for a settlement conference. Each party who is a natural person must be present during the settlement conference. Each party that is not a natural person must be represented by a principal, partner, officer, or official with authority to negotiate a settlement. If one or more insurance companies must be involved in a settlement of the case, a representative from each insurance company with authority to negotiate a settlement must be present during the settlement conference.

SIGNED on December 14, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge