IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Derrick Petroleum Services,** | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | **CIVIL NO. H-14-1520** |
| | § | |
| **PLS, Inc.** | § | |
| **Defendant** | | |

## NOTICE OF CANCELLATION

The Settlement Conference set for 12.15.17 at 1:30PM is **CANCELLED.**

Date: 12.15.2017        Shannon Jones
                        Case Manager to Magistrate Judge Nancy Johnson
                        Post Office Box 61010
                        Houston, Texas 77208
                        (713)250-5703