United States District Court
Southern District of Texas
**ENTERED**
February 06, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK PETROLEUM SERVICES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1520 |
| | § | |
| PLS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On December 14, 2017, following a jury trial, the jury returned a unanimous verdict in favor of Derrick for some of its claims and PLS for some of its claims, which the court accepted. (Docket Entry Nos. 399, 407). The parties mediated, without success. (Docket Entry No. 428). The court received notice today of a mediation impasse. The parties are ordered to file a joint proposed order of final judgment by **Friday, February 16, 2018**.

SIGNED on February 6, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge